■ JOSEPHINE KRONENBITTER, Appellant, v. WASHBURN WIRE COMPANY et al., Respondents.— Order and judgment appealed from are unanimously affirmed, on the law, with costs to defendants-respondents against plaintiff-appellant. Leave is granted, however, to plaintiff to appeal to the Court of Appeals. We are constrained, as was Special Term, to affirm the dismissal

of the complaint in this action by a wife for loss of consortium resulting from injury inflicted on her husband through the alleged negligence of defendants. (See Prosser on Torts [2d ed.], p. 703 *et seq.*) Concur — Peck, P. J., Breitel, Frank, Valente and Bastow, JJ. [5 Misc 2d 961.]